# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ROXANN L. BENTHAGEN,

|                          | )  |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |

Civil Action No.  2:15-cv-269-FVS

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Defendant's motion for summary judgment (ECF No. 16) is GRANTED and the Plaintiff's (ECF No. 14) is DENIED.
The ALJ's decision of March 20, 2015 (TR 411) is AFFIRMED.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Fred Van Sickle _____  on motions for

Summary Judgment (ECF Nos. 14 and 16).

Date:  5/2/2017 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Lennie Rasmussen

*(By) Deputy Clerk*

Lennie Rasmussen